## WILLIAMS vs. KING.

TAXATION of costs. In this case a question arose, whether a charge of sixty two and a half cents paid a commissioner for an order to stay proceedings, was taxable.

No fee whatever is allowed to a commissioner for an order staying proceedings.

By the Court, MARCY, J. It has been supposed that the prohibition of the payment of fees to an officer for granting orders to stay proceedings, under the act of 1823, (Statutes, vol. 6, p. 426 b,) extended only to orders staying proceedings on cases made after trials at the circuit. We see no reason for thus limiting the operation of the statute; its terms include, and its intent evidently was, to embrace all orders staying proceedings.